IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| Kristian Davon Hilleary,    ) | |
| ) | |
|     Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:21cv609-MHT |
| ) | (WO) |
| ALABAMA DEPARTMENT OF    ) | |
| CORRECTIONS and BULLOCK    ) | |
| COUNTY CORRECTIONAL    ) | |
| FACILITY NURSING STAFF,    ) | |
| ) | |
|     Defendants.    ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that defendants were deliberately indifferent to his need for medical care for serious abdominal pain, and that, as result of their indifference, he ultimately had to undergo emergency surgery and now suffers lasting health effects.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to follow a court order to file information necessary to

determine whether he can proceed in forma pauperis. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

    An appropriate judgment will be entered.

    DONE, this the 11th day of January, 2022.

                                        /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**