IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| Kristian Davon Hilleary,       )<br>                               )<br>     Plaintiff,              )<br>                               )<br>     v.                        )<br>                               )<br>ALABAMA DEPARTMENT OF          )<br>CORRECTIONS and BULLOCK        )<br>COUNTY CORRECTIONAL            )<br>FACILITY NURSING STAFF,        )<br>                               )<br>     Defendants.             )  | CIVIL ACTION NO.<br>2:21cv609-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 8) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to follow a court order.

(3) The application to proceed in forma pauperis (Doc. 3) is denied as moot.

No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 11th day of January, 2022.**

                                          /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**